Paul CECIL, Appellant, v. UNITED STATES of America, Appellee.

No. 7073.

Circuit Court of Appeals, Sixth Circuit.

Oct. 12, 1936.

Trabue, Doolan, Helm & Helm, of Louisville, Ky., for appellant.

Bunk Gardner, U. S. Atty., of Louisville, Ky.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of the record and was argued by counsel, and it appearing that the record presents no reviewable question, Rose v. U. S., 69 F.(2d) 966 (C.C.A.6),

It is ordered and adjudged that the judgment of the District Court be, and the same is hereby, affirmed.